UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAYMOND CRINER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:09CV237 AGF |
| ) | |
| REGINALD WHITE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Presently pending before the Court[1] is Plaintiffs' Motion to Add Parties and File a Second Amended Petition (Doc. #23) in which Plaintiffs seek to add defendant Reginald White's co-employers as additional defendants to the cause under the theory of *respondeat superior*.[2] Current defendants White and Grane Truck Leasing Corp. have not responded to the motion and the time for doing so has passed. A review of the motion shows it to be well taken.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Add Parties and File a Second Amended Petition (Doc. #23) is **GRANTED.** The docket shall reflect Plaintiffs' Second

---

[1] All matters are pending before the undersigned United States Magistrate Judge, with consent of the parties presently named in this action, pursuant to 28 U.S.C. § 636(c).

[2] Plaintiffs separately filed a Second Amended Complaint in conjunction with the instant motion. (Doc. #24.)

Amended Complaint (Doc. #24) to be filed as of the date of this Order.

**IT IS FURTHER ORDERED** that Grane Transportation Lines, Ltd., and DDS Personnel, LLC, are hereby added as Defendants to the cause. Process shall issue upon said Defendants.

**IT IS FURTHER ORDERED** that after either being properly served with a copy of the Second Amended Complaint or filing waivers of service, defendants Grane Transportation Lines, Ltd., and DDS Personnel, LLC, shall respond to the Second Amended Complaint within the time provided by the applicable provisions of Fed. R. Civ. P. 12(a).

**IT IS FURTHER ORDERED** that defendants Reginald White and Grane Truck Leasing Corp. shall respond to the Second Amended Complaint within the time provided by the applicable provisions of Fed. R. Civ. P. 15(a).

**IT IS FURTHER ORDERED** that, in accordance with E.D. Mo. L.R. 2.08(A), defendants Grane Transportation Lines, Ltd., and DDS Personnel, LLC, shall execute and file, in paper form and within twenty days of their appearance in this cause, either a written consent to the exercise of authority by the undersigned United States Magistrate Judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of May, 2009.