IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RAYMOND CRINER, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:09CV0237 AGF |
|  | ) |  |
| REGINALD WHITE, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

This matter is before the Court on the motion of Defendant Grane Truck Leasing Corporation ("Grane") to dismiss the complaint against it under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim. Because this motion is supported by matters outside the pleadings, it is hereby converted to a motion for summary judgment, pursuant to Rule 12(b). Plaintiffs shall have up to and including July 29, 2009, to respond to this motion. Defendant Grane shall have ten days thereafter to file a reply.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of June, 2009.